**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-01419-CMA-MEH

PAUL MEDIATE,

    Plaintiff,

v.

FLATIRON 98, LLC d/b/a CB & POTTS,

    Defendant.

---

**ORDER TO COMPEL ARBITRATION AND
ORDER TO ADMINISTRATIVELY CLOSE CASE**

---

    Upon review of Defendant's Motion to Compel Arbitration (Doc. # 7), the Court finds the Parties agreed to arbitration in the Agreement at issue and agreed that their Agreement is subject to the Federal Arbitration Act. Therefore, the Court hereby GRANTS the Motion.  It is hereby

    ORDERS that the Parties shall enter into arbitration under the terms of their arbitration agreement.

    The Court, upon further review, finds that rather than leaving this case open for possibly months pending arbitration, this case should be administratively closed pursuant to D.C.COLO.LCivR 41.2, with leave to be reopened for good cause shown. Accordingly, it is

    ORDERED that the Clerk of the Court shall ADMINISTRATIVELY CLOSE this action pursuant to D.C.COLO.LCivR 41.2.

IT IS FURTHER ORDERED that the parties shall have leave to file a request to reopen within 14 days of the entry of the arbitrator's order in the arbitration.

DATED:  July   21  , 2011

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge